# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ERASMO LOPEZ, JR.,** | § § § | |
| **v.** | § § § § | **CIVIL ACTION NO. 4:25-cv-00581** |
| **ROBERT CARLTON STETLER AND WESTERN FLYER EXPRESS, LLC** | § § | |

**INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL**

**EXHIBIT A**   Index of Documents Filed with Notice of Removal

**EXHIBIT B**   State Court Documents

| TAB NO. | STATE COURT DOCUMENT | DATE FILED |
|---|---|---|
| 1 | Court's Docket Sheet | N/A |
| 2 | Plaintiff's Original Petition | 1/30/2025 |
| 3 | Request for Service and Citation to Robert Carlton Stetler *(Restricted and unable to download)* | 1/31/2025 |
| 4 | Request for Service and Citation to Western Flyer Express, LLC *(Restricted and unable to download)* | 1/31/2025 |
| 5 | Defendants' Original Answer | 2/10/2025 |

**EXHIBIT C**   Certificate of All Parties and Counsel