# EXHIBIT B-1

# REGISTER OF ACTIONS
## CASE NO. 25-01-01423

| | | |
|---|---|---|
| **Erasmo Lopez vs. Robert Carlton Stetler, Western Flyer Express, LLC** | § § § § § | Case Type: **Motor Vehicle Accident - Over $250,000**<br>Date Filed: **01/30/2025**<br>Location: **284th Judicial District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Stetler, Robert Carlton**<br>700 Shady Ln<br>Pahrump, NV 89060 | |
| **Defendant** | **Western Flyer Express, LLC**<br>Registered Agent, Legal Inc. Corporate Service Inc.<br>10601 Clarence Dr., Suite 250<br>Frisco, TX 75033 | |
| **Plaintiff** | **Lopez, Erasmo** | Jorge A. Green<br>*Retained*<br>956-542-7000(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 01/30/2025 | **Original Petition (OCA)** | |
| 01/30/2025 | **E-Filed Original Petition Document** | |
| 01/31/2025 | **Request for Service** | |
| 01/31/2025 | **Citation** | |
| | Stetler, Robert Carlton | Unserved |
| 01/31/2025 | **Request for Service** | |
| 01/31/2025 | **Citation** | |
| | Western Flyer Express, LLC | Unserved |

---

### FINANCIAL INFORMATION

**Plaintiff** Lopez, Erasmo
Total Financial Assessment     366.00
Total Payments and Credits     366.00
**Balance Due as of 02/10/2025**     **0.00**

| | | | | |
|---|---|---|---|---|
| 01/30/2025 | Transaction Assessment | | | 366.00 |
| 01/30/2025 | E-File Electronic Payment | Receipt # 2025-418709 | Lopez, Erasmo | (229.00) |
| 01/30/2025 | State Credit | | | (137.00) |